David Henry JOHNSTON,
Petitioner–Appellant,

v.

State of WEST VIRGINIA,
Respondent–Appellee.

No. 02–6248.

United States Court of Appeals,
Fourth Circuit.

Submitted April 15, 2002.

Decided May 10, 2002.

David Henry Johnston, Appellant Pro Se.

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Henry Johnston seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Johnston v. West Virginia,* No. CA–01–283–5 (S.D.W.Va. Jan. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*